# NO. 12-20-00228-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: HARRIS CENTER FOR* | § | |
| *MENTAL HEALTH AND IDD,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

The Harris Center for Mental Health and IDD filed this original proceeding to challenge Respondent's conclusion that Harris Center lacked standing to file a motion to revoke and to participate in a hearing on outpatient treatment regarding patient W.R.[1] On November 18, 2020, this Court conditionally granted the petition and directed Respondent to notify W.R. and set a hearing on Harris Center's motion to revoke outpatient treatment. By an order signed on November 25, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered December 16, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Campbell Cox, II, Judge of the 145th District Court in Nacogdoches County, Texas. The Real Parties in Interest are the State of Texas and W.R.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 16, 2020**

**NO. 12-20-00228-CV**

**HARRIS CENTER FOR MENTAL HEALTH AND IDD,**
Relator
V.

**HON. CAMPBELL COX, II,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Harris Center for Mental Health and IDD; who is the relator in appellate cause number 12-20-00228-CV and an interested person in trial cause number F1924026, pending on the docket of the 145th Judicial District Court of Nacogdoches County, Texas. Said petition for writ of mandamus having been filed herein on September 29, 2020, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*